IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES ROBERT QUINN                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 1:19-cv-253-FKB

ANDREW SAUL, COMMISSIONER                                                              DEFENDANT
OF SOCIAL SECURITY

## JUDGMENT

In accordance with the opinion and order entered this day, the decision of the Commissioner is reversed, and this matter is remanded for further consideration.

SO ORDERED AND ADJUDGED, this the 27th day of August, 2020.

                                                    /s/ F. Keith Ball
                                                UNITED STATES MAGISTRATE JUDGE